# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOE ONE, et al.<br><br>Plaintiff(s),<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:22–cv–01722–RGK–MAR<br><br>**RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

In accordance with the Notice to Filer Of Deficiencies In Electronically Filed Documents

**REGARDING:**

__3/15/2022__      __1__      __Complaint__

Date Filed      Doc. No.      Title of Doc.

**IT IS HEREBY ORDERED:**

    A review of the docket and the Notice of Deficiencies [8] indicate that Plaintiff has NOT filed a requisite Notice of Interested Parties. Counsel for Plaintiff shall file the Notice of Interested Parties on or before 3/24/2022 or risk the striking of the Complaint

 

Clerk, U.S. District Court

Dated: __March 23, 2022__      By: __/s/ *Joseph Remigio*__
                                                                      Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*