TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture Section
VICTOR A. RODGERS (Cal. Bar No. 101281)
MAXWELL COLL (Cal. Bar No. 312651)
Assistant United States Attorneys
Asset Forfeiture Section
    Federal Courthouse, 14th Floor
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2569/1785
    Facsimile: (213) 894-0142
    E-mail: Victor.Rodgers@usdoj.gov
           Maxwell.Coll@usdoj.gov

Attorneys for Defendants
UNITED STATES OF AMERICA and
TRACY L. WILKISON AND KRISTI KOONS JOHNSON
IN THEIR OFFICIAL CAPACITY ONLY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DOE 1, AN INDIVIDUAL AND DOE 2, AN INDIVIDUAL,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES OF AMERICA, TRACY WILKISON (OFFICIAL CAPACITY), KRISTI KOONS JOHNSON (OFFICIAL CAPACITY) AND ROES 1-20,<br><br>    Defendants. | Case No. 2:22-cv-01722-RGK-MAR<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS**<br><br>[Local Rule 8-3]<br><br>Complaint Served:<br>    April 26, 2022<br>Current response date:<br>    June 27, 2022<br>New response date:<br>    July 27, 2022 |

    Pursuant to Local Rule 8-3, plaintiffs Doe 1, an individual and Doe 2, an individual (collectively, "plaintiffs"), on the one hand, and defendants United States of America, Tracy L. Wilkison (official capacity) and Kristi Koons Johnson (official capacity) (collectively, "Defendants"), on the other hand, hereby stipulate and

agree to extend the time for Defendants to respond to the initial complaint served in this action.  The complaint was served on April 26, 2022 and the Defendants response thereto is due sixty days thereafter on June 27, 2022 pursuant to Fed. R. Civ. P. 12(a)(2). The parties by this stipulation agree to hereby extend the time for thirty days, from June 27, 2022 to July 27, 2022 for Defendants to file their answer or other responsive document to the complaint.

                                        Respectfully submitted,

Dated: June 15, 2022        LAW OFFICES OF WILFRED J. KILLIAN

                                        _____/s/_____
                                        WILFRED J. KILLIAN

                                        Attorneys for Plaintiffs
                                        DOES 1 and 2

Dated: June 15, 2022        TRACY L. WILKISON
                                        United States Attorney
                                        SCOTT M. GARRINGER
                                        Assistant United States Attorney
                                        Chief, Criminal Division
                                        JONATHAN GALATZAN
                                        Assistant United States Attorney
                                        Chief, Asset Forfeiture Section

                                        _____/s/_____
                                        VICTOR A. RODGERS
                                        MAXWELL COLL
                                        Assistant United States Attorneys
                                        Asset Forfeiture Section

                                        Attorneys for Defendants
                                        UNITED STATES OF AMERICA and
                                        TRACY L. WILKISON (OFFICIAL CAPACITY)
                                        and KRISTI KOONS JOHNSON (OFFICIAL
                                        CAPACITY)