WILFRED J. KILLIAN
WILFRED J. KILLIAN
9903 SANTA MONICA BLVD 510
BEVERLY HILLS, CA 90212
(310) 289-2140

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT

| DOE 1 AND DOE 2 | Plaintiff(s) | CASE NUMBER: 2:22-CV-01722 CAS(PDX) |
|---|---|---|
| v. | | **PROOF OF SERVICE SUMMONS AND COMPLAINT** (Use separate proof of service for each person/party served) |
| UNITED STATES OF AMERICA | Defendant(s) | |

1. At the time of service I was at least 18 years of age and not a party to this action and **I served** copies of the *(specify documents)*:

   a. ☐ summons      ☐ first amended complaint    ☐ third party complaint
      ☐ complaint    ☐ second amended complaint   ☐ counter claim
      ☐ alias summons ☐ third amended complaint   ☐ cross claim
      ☑ other *(specify)*: SUMMONS IN A CIVIL ACTION AND COMPLAINT:CIVIL COVER SHEET:

2. **Person served:**

   a. ☑ Defendant *(name:)* KRISTI KOONS, (OFFICIAL CAPACITY OF THE FBI. ), C/O UNITED STATE OF AMERICA BY SERVING ATTORNEY GENERAL OFFICE
   b. ☑ X 0 ⌒ ⌒ ⑨ *(specify name and title or relationship to the party/business named):*
      CERTIFIED MAIL -
   c. ☑ Address where the papers were served: 300 N. LOS ANGELES STREET, 7516
      LOS ANGELES, CA 90012

3. **Manner of Service** in compliance with *(the appropriate box **must** be checked)*:

   a. ☑ Federal Rules of Civil Procedure
   b. ☐ California Code of Civil Procedure

4. **I served** the person named in Item 2:

   a. ☐ By **Personal Service.** By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least twelve (12) years of age.

      1. ☐ **Papers were served on** *(date):* at *(time):*

   b. ☐ By **Substituted Service.** By leaving copies:

      1. ☐ **(home)** at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.

      2. ☐ **(business)** or a person apparently in charge of the office, or place of business, at least 18 years of age, who was informed of the general nature of the papers.

      3. ☐ **Papers were served on** *(date):* at *(time):*

      4. ☐ by mailing *(by first-class mail, postage prepaid)* copies to the person served in Item 2(b) at the place where the copies were left in Item 2(c).

      5. ☑ **papers were mailed on**

      6. ☑ **due diligence.** I made at least three (3) attempts to personally serve the defendant.

   c. ☐ **Mail and acknowledgment of service.** By mailing *(by first-class mail or airmail, postage prepaid)* copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid addressed to the sender. **(Attach completed Waiver of Service of summons and Complaint).**

d. ☐ **Service on domestic corporation, unincorporated association (including partnership), or public entity. (F.R.Civ.P. 4(h)) (C.C.P. 416.10)** By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, by also mailing, by first-class mail, postage prepaid, a copy to the defendant.

e. ☐ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity. (C.C.P. 415.20 only)** By leaving during usual business hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing *(by first-class mail, postage prepaid)* copies of the persons at the place where the copies were left in full compliance with C.C.P. 415.20 Substitute service upon the California Secretary of State requires a court order. **(Attach a copy of the order to this Proof of Service.)**

f. ☐ **Service on a foreign corporation.** In any manner prescribed for individuals by FRCP 4(f)

g. ☑ **Certified or registered mail service.** By mailing to an address outside California *(by first-class mail, postage prepaid, requiring a return receipt)* copies to the person served. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

h. ☐ **Other** (specify code section and type of service):

5. Service upon the **United States, and Its Agencies, Corporations or Officers.**

   a. ☐ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil procecss clerk at the U.S. Attorneys Office.

   Name of person served:

   **Title of person served:**

   **Date and time of service:** *(date):* at *(time):*

   b. ☑ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

   c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation**(Attach signed return receipt or other evidence of actual receipt by the person served).**

6. At the time of service I was at least 18 years of age and not a party to this action.

7. Person serving *(name, address and telephone number):*
   **WINSTON O'MALLY**
   **CUTTING EDGE LEGAL SERVICES, LLC**
   **2511 W. 3RD. STREET**
   **Los Angeles, CA 90057**
   **(213) 908-6789**

   a. Fee for service: $ **73.40**
   b. ☑ Not a registered California process server
   c. ☐ Exempt from registration under B&P 22350(b)
   d. ☐ Registered California process server
      Registration # :**4571**
      County: **LOS ANGELES**

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Date: **April 25, 2022**    _____**WINSTON O'MALLY**_____    _____(Signature)_____
                              *Type or Print Server's Name*

---

**PROOF OF SERVICE - SUMMONS AND COMPLAINT**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: <br> WILFRED J. KILLIAN <br> WILFRED J. KILLIAN <br> 9903 SANTA MONICA BLVD  510 BEVERLY HILLS, CA 90212 <br> TELEPHONE NO.: (310) 289-2140 | FAX NO.  | E-MAIL ADDRESS *(Optional)*: wkillianlaw@yahoo.com <br> ATTORNEY FOR *(Name)*: PLAINTIFF: DOE 1 AND DOE 2 | FOR COURT USE ONLY |
|---|---|

| UNITED STATES DISTRICT COURT |
|---|
| STREET ADDRESS: 350 W. 1ST. STREET, #4311 |
| MAILING ADDRESS: |
| CITY AND ZIP CODE: LOS ANGELES, CA 90012 |
| BRANCH NAME: WESTERN DISTRICT |

| PLAINTIFF/PETITIONER: DOE 1 AND DOE 2 | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: UNITED STATES OF AMERICA | 2:22-CV-01722 CAS(PDX) |
| **DECLARATION OF DILIGENCE** | Ref. No. or File No.: DOE 1 AND DOE 2 |

I, CARLOS CANAS , declare: I am a Registered Process Server and was retained to serve process in the above-referenced matter on the following person or entity: KRISTI KOONS, (OFFICIAL CAPACITY OF THE FBI. ), C/O UNITED STATE OF AMERICA BY SERVING ATTORNEY GENERAL OFFICE as follows:
Documents:
  **SUMMONS IN A CIVIL ACTION AND COMPLAINT:CIVIL COVER SHEET:;**

I attempted personal service on the following dates and times with the following results:

| Date | Time | Location | Results |
|---|---|---|---|
| 4/22/2022 | 10:05 AM | Business | PER RECEPTIONIST, THEY ARE NOT ACCEPTING SERVICES IN PERSON MUST ONLY BY CERTIFIED MAIL - CARLOS CANAS <br> 300 N. LOS ANGELES STREET, # 7516 LOS ANGELES, CA 90012 |
| | | *CERTIFIED* | Mailed copy of documents to: KRISTI KOONS, (OFFICIAL CAPACITY OF THE FBI. ), C/O UNITED STATE OF AMERICA BY SERVING ATTORNEY GENERAL OFFICE. <br> 300 N. LOS ANGELES STREET, # 7516 LOS ANGELES, CA 90012 |

Fee for Service: $ 73.40
  County: **LOS ANGELES**
  Registration No.: **4571**
  **CUTTING EDGE LEGAL SERVICES, LLC**
  **2511 W. 3RD. STREET 211**
  **Los Angeles, CA 90057**
  **(213) 908-6789**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on  April 25, 2022.

Signature: _____
**CARLOS CANAS**

**AFFIDAVIT OF REASONABLE DILIGENCE**

Order#: CE34699

| | | FOR COURT USE ONLY |
|---|---|---|
| Attorney or Party without Attorney:<br>WILFRED J. KILLIAN<br>WILFRED J. KILLIAN<br>9903 SANTA MONICA BLVD 510<br>BEVERLY HILLS, CA 90212<br>TELEPHONE No.: (310) 289-2140 | E-MAIL ADDRESS (Optional): wkillianlaw@yahoo.com<br>FAX No. (Optional): | |
| Attorney for: PLAINTIFF DOE 1 AND DOE 2 | Ref No. or File No.:<br>DOE 1 AND DOE 2 | |
| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT - WESTERN DISTRICT | | |
| Plaintiff: DOE 1 AND DOE 2 | | |
| Defendant: UNITED STATES OF AMERICA | | |

| PROOF OF SERVICE BY CERTIFIED MAIL | HEARING DATE: | TIME: | DEPT.: | CASE NUMBER:<br>2:22-CV-01722 CAS(PDX) |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.

2. I served copies of the SUMMONS IN A CIVIL ACTION AND COMPLAINT:CIVIL COVER SHEET:;

3. By placing a true copy thereof enclosed in a sealed envelope, with Certified Mail postage thereon fully prepaid, in the United States Mail at , California, addressed as follows:
   a. Date of Mailing:
   b. Place of Mailing: Los Angeles, CA 90057
   c. Addressed as follows: KRISTI KOONS, (OFFICIAL CAPACITY OF THE FBI. ), C/O UNITED STATE OF AMERICA BY SERVING ATTORNEY GENERAL OFFICE
   300 N. LOS ANGELES STREET 7516
   LOS ANGELES, CA 90012

4. I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at , California in the ordinary course of business.

Fee for Service: $ 73.40
County: LOS ANGELES
Registration: 2014053150
CUTTING EDGE LEGAL SERVICES, LLC
2511 W. 3RD. STREET
Los Angeles, CA 90057
(213) 908-6789
Ref: DOE 1 AND DOE 2

I declare under penalty of perjury under the laws of the The United States that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on April 25, 2022.

Signature: WINSTON O'MALLY

PROOF OF SERVICE BY CERTIFIED MAIL

Order#: CE34699/mailproof