# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| DOE ONE , et al. | CASE NUMBER: |
| PLAINTIFF(S) | 2:22–cv–01722–RGK–MAR |
| v. |  |
| UNITED STATES OF AMERICA , et al. | **ORDER TO STRIKE ELECTRONICALLY FILED DOCUMENT(S)** |
| DEFENDANT(S). |  |

The Court hereby **ORDERS** the documents listed below be **STRICKEN** for failure to comply with the Court's Local Rules, General Orders, and/or Case Management Order, as indicated:

__07/13/2022__ / __19__ / __notice of dismissal filed by Plaintiffs Doe One, Doe Two__
*Date Filed        Doc. No.        Title of Document*
__ / __ / __
*Date Filed        Doc. No.        Title of Document*

Other:
Document incomplete/not filled out. Type of dismissal not indicated. Incorrect filing event used. Document stricken without prejudice to refiling properly filled out/signed/filed document.

Dated:_ July 19, 2022 _            By: _/s/ R. Gary Klausner_
                                      U.S. District Judge

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**