STEPHANIE S. CHRISENSEN
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture Section
VICTOR A. RODGERS (Cal. Bar No. 101281)
MAXWELL COLL (Cal. Bar No. 312651)
Assistant United States Attorneys
Asset Forfeiture Section
    United States Courthouse, 14th Floor
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2569/1785
    Facsimile: (213) 894-0142
    E-mail: Victor.Rodgers@usdoj.gov
           Maxwell.Coll@usdoj.gov

Attorneys for Defendants
UNITED STATES OF AMERICA and
TRACY L. WILKISON AND KRISTI KOONS JOHNSON
IN THEIR OFFICIAL CAPACITY ONLY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DOE 1, AN INDIVIDUAL AND DOE 2, AN INDIVIDUAL,<br><br>    Plaintiffs,<br><br>        v.<br><br>UNITED STATES OF AMERICA, TRACY WILKISON (OFFICIAL CAPACITY), KRISTI KOONS JOHNSON (OFFICIAL CAPACITY) AND ROES 1-20,<br><br>    Defendants. | Case No. 2:22-cv-01722-RGK-MAR<br><br>**STATUS REPORT** |

    Defendants United States of America, Tracy L. Wilkison (official capacity) and Kristi Koons Johnson (official capacity) (collectively, "Defendants") hereby submit this Status Report regarding this case.  On July 12, 2022, plaintiffs filed a notice of dismissal of this case, using a pre-printed Central District of

1  California court form.  Docket No. 19.  On July 19, 2022, the Court
2  struck the notice of dismissal because plaintiffs failed to fill out
3  the form completely (i.e., by indicating the case is dismissed by
4  plaintiffs in its entirety) and selected an improper PACER filing
5  event.  Docket No. 20.  The Court's July 19, 2022 notice striking the
6  notice of dismissal also provided that the document was stricken
7  without prejudice to plaintiffs refiling a properly completed
8  document.  Id.  On July 22 and 26, 2022, undersigned counsel emailed
9  plaintiffs' counsel and requested that a new form be filed, and also
10 left a voice mail on July 26, 2022 on plaintiffs counsel's telephone
11 number requesting the same.  However, undersigned counsel has not
12 heard from plaintiffs' counsel.  Accordingly, and in order to move
13 this case along, defendants respectfully request that an OSC re
14 dismissal be issued advising plaintiffs that this action shall be
15 dismissed if the notice of dismissal is not filed by whatever
16 deadline the Court selects.

Respectfully submitted,

Dated: July 27, 2022         STEPHANIE S. CHRISTENSEN
                             Acting United States Attorney
                             SCOTT M. GARRINGER
                             Assistant United States Attorney
                             Chief, Criminal Division
                             JONATHAN GALATZAN
                             Assistant United States Attorney
                             Chief, Asset Forfeiture Section


                                    /s/
                             _____
                             VICTOR A. RODGERS
                             MAXWELL COLL
                             Assistant United States Attorneys
                             Asset Forfeiture Section

                             Attorneys for Defendants
                             UNITED STATES OF AMERICA and
                             TRACY L. WILKISON (OFFICIAL CAPACITY)
                             and KRISTI KOONS JOHNSON (OFFICIAL
                             CAPACITY)