# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOE ONE , et al.<br><br>PLAINTIFF(S)<br><br>v.<br><br>UNITED STATES OF AMERICA , et al.<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>2:22–cv–01722–RGK–MAR<br><br><br><br>**ORDER TO STRIKE ELECTRONICALLY FILED DOCUMENT(S)** |

The Court hereby **ORDERS** the documents listed below be **STRICKEN** for failure to comply with the Court's Local Rules, General Orders, and/or Case Management Order, as indicated:

| 8/05/2022 | / | 22 | / | SERVICE UNDER FRCP 5(b)(2)(D) |
|---|---|---|---|---|
| *Date Filed* | | *Doc. No.* | | *Title of Document* |
| __ | / | __ | / | __ |
| *Date Filed* | | *Doc. No.* | | *Title of Document* |

Other:
Either an incorrect document is attached to the docket entry or the wrong event and docket entry text was used to describe the attached document. Counsel shall refile the document using the correct filing event and or attach the correct document.

Dated: August 8, 2022         By: /s/ *R. Gary Klausner*
                              U.S. District Judge

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G–106 (6/12)   ORDER TO STRIKE ELECTRONICALLY FILED DOCUMENT(S)